No. 1495.—Louis Trost *v.* Moses Fox and Henry Weber.

No appeal lies from a judgment not signed by the judge. · C. P. 546 ; 3 An. 62 ; 12 An. 756.

APPEAL from the Fourth District Court of the parish of Orleans. *Théard*, J. *W. W. Handlin*, for plaintiff and appellee. *J. J. E. Planchard*, for defendants and appellants.

Ludeling, C. J. The record in this case shows that the judgment appealed from is not complete—it is not signed by the District Judge. Code of Practice article 546 ; 17 La. 485; 4 R. 52; 3 An. 62 ; 12 An. 756.

It is therefore ordered that the appeal be dismissed at the cost of the defendants and appellants.

Rehearing refused.

No. 2116.— B. Silvernagle & Co. *v.* William East, Aministrator.

Where more than five years have elapsed after the maturity of a promissory note, before suit is brought, and no interruption or renunciation is shown, the plea will prevail. C. C. 3505; 2 An. 131, 565.

APPEAL from the Fifth District Court, parish of East Feliciana. *Posey*, J. *W. F. Kernan* and *S. B. Lyons*, for plaintiffs and appellees. *J. H. Muse, L. M. Pipkin, Cross & Hardee* and *Race, Foster & E. T. Merrick*, for defendant and appellant.

Wyly, J. Defendant has appealed from a judgment against him as administrator of the succession of William and Mary Sandle, on two promissory notes—one due on first November, 1861, and the other due seventeenth May, 1862.

The defense is a general denial and the prescription of five years.

This suit was instituted after the prescription of five years had accrued on each of the notes. There is no renunciation or interruption of prescription proved.

Plaintiffs have without avail attempted to avoid the consequences of prescription by proving that judicial proceedings could not be instituted on account of the rebellion. The plea of prescription is well taken. C. C. 3505 ; Rabel *v.* Pourcian, 20 A. 132; Smith *v.* Stewart, lately decided.

It is therefore ordered that the judgment appealed from be avoided and annulled, and that this suit be dismissed at plaintiffs' costs in both courts.